W. T. BYRNS MOTOR EXPRESS, INC., Respondent, v. CHARLES J. DONNELLY, Doing Business under the Name of C. A. TUFFLEY EXPRESS, Appellant. — Judgment affirmed, with costs. All concur. (Appeal from a judgment of Jefferson Special Term directing defendant to transfer all of his right, title and interest in a certificate of convenience and necessity issued by the Interstate Commerce Commission.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ. [12 Misc 2d 633.]

FRANK L. WOODS, Respondent, v. GEORGE A. TAYLOR et al., Appellants.— Order of Onondaga County Court affirmed, with costs. All concur. (In an action to recover insurance premiums, appeal from an order of Onondaga County Court affirming three orders of Syracuse Municipal Court, (1) setting aside a directed verdict in favor of plaintiff and granting a new trial; (2) denying defendants' motion to resettle the previous order; (3) denying defendants' motion for summary judgment.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LA DOLCE and SALVATORE SORTINO, Appellants.— Judgments of conviction affirmed. All concur. (Appeal from two judgments of Monroe County Court convicting defendants of the crime of burglary, third degree.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH LEONARD MAJOR, alias BENJAMIN MAJOR, Appellant.— Order affirmed. All concur. (Appeal from an order of Lewis County Court denying defendant's application for a writ of coram nobis.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

LOUIS LANGONE et al., Appellants, v. ROBERT W. NORWOOD et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Oneida Trial Term dismissing plaintiffs' complaint on motion by defendants at the close of all the evidence, in an action for property damage to plaintiffs' home alleged to have resulted by reason of trees on defendants' property falling over on the house and yard.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

GLORIA JENKINS, as Administratrix of the Estate of CALVIN JENKINS, Deceased, Appellant, v. WILSON FREIGHT FORWARDING CO., INC., et al., Respondents.— Judgments and order affirmed, without costs of this appeal to any party. All concur. (Appeal from two judgments of Erie Trial Term for both defendants for no cause of action in a negligence action. The order denied a motion for a new trial.) Present — Kimball, J. P., Williams, Bastow and Halpern, JJ.

In the Matter of the Arbitration between HENRY SLOMA, Doing Business as SLOMA BUILDING COMPANY, Respondent, and JAMES G. DAVISON, Appellant.— Order affirmed, with $50 costs and disbursements. All concur. (Appeal from an order of Niagara Special Term confirming the report of the arbitrators which awarded Henry Sloma damages and directing the return to James G. Davison of two notes and the tender of the return of two bathtubs and furnace.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.